UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 05-360M |
| v. ) | |
| ) | |
| FRANCIS DEVANDRA RAJ, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offenses charged:

    Count I:  Conspiracy to distribute marijuana in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846.

    Count II:  Conspiracy to import marijuana in violation of 21 U.S.C. §§ 952(a), 960(b), and 963.

Date of Detention Hearing:  July 26, 2005

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges. Defendant has not overcome these presumptions.

DETENTION ORDER   15.13
18 U.S.C. § 3142(i)   Rev. 1/91
PAGE 1

01  (2)  Defendant has stipulated to detention, but reserves the right to contest his
02  continued detention if there is a change in circumstances.

03  IT IS THEREFORE ORDERED:

04  (1)  Defendant shall be detained pending trial and committed to the custody of the
05  Attorney General for confinement in a correction facility separate, to the extent
06  practicable, from persons awaiting or serving sentences or being held in custody
07  pending appeal;

08  (2)  Defendant shall be afforded reasonable opportunity for private consultation with
09  counsel;

10  (3)  On order of a court of the United States or on request of an attorney for the
11  government, the person in charge of the corrections facility in which defendant
12  is confined shall deliver the defendant to a United States Marshal for the purpose
13  of an appearance in connection with a court proceeding; and

14  (4)  The Clerk shall direct copies of this Order to counsel for the United States, to
15  counsel for the defendant, to the United States Marshal, and to the United States
16  Pretrial Services Officer.

17  DATED this 26th day of July, 2005.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge